UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| LARY FEEZOR, | Case No. 07cv0335 BTM (LSP) |
| Plaintiff, | |
| vs. | **ORDER RE: JOINT MOTION FOR DISMISSAL** |
| OTAY LAKES ROAD L.P., et al, | |
| Defendants. | |

ORDER ON JOINT MOTION FOR DISMISSAL

Having read the Joint Motion for Dismissal, and good cause appearing therefore, the Court **GRANTS** the Joint Motion and **DISMISSES** the above-captioned action with prejudice **as to defendant GOLDEN ARCH LIMITED PARTNERSHIP, and SUTHERLAND MANAGEMENT CO. dba McDONALD'S #14228 only.**

**IT IS SO ORDERED.**

Dated: June 18, 2007

Barry Ted Moskowitz
United States District Judge