1
2
3
4
5
6
7
8
9
10        UNITED STATES DISTRICT COURT
11        SOUTHERN DISTRICT
12
LARY FEEZOR,                    )  Case No. 07cv0335 BTM (LSP)
13                              )
     Plaintiff,                 )
14                              )  **ORDER RE: JOINT MOTION FOR**
                                )
15   vs.                        )  **DISMISSAL**
                                )
16 OTAY LAKES ROAD L.P., et al, )
                                )
17   Defendants.                )
                                )
18
19
20
21
22
23
24
25
26
27
28

1       ORDER ON JOINT MOTION FOR DISMISSAL

2       Having read the Joint Motion for Dismissal, and good cause appearing

3 therefore, the Court **GRANTS** the Joint Motion and **DISMISSES** the above-

4 captioned action with prejudice **as to defendant LAHORIAN CAPITAL GROUP,**

5 **INC. dba IHOP # 827, and IHOP PROPERTIES, INC. only.**

6 **IT IS SO ORDERED.**

7

8 Dated: <u>June 20, 2007</u>

9                                                 Hon. Barry Ted Moskowitz
                                                United States District Judge