UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>OTAY LAKES ROAD L.P., et al,<br><br>    Defendants. | Case No. 07cv0335 BTM (LSP)<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL** |

1

## ORDER ON JOINT MOTION FOR DISMISSAL

2   Having read the Joint Motion for Dismissal, and good cause appearing
3 therefore, the Court **GRANTS** the Joint Motion and **DISMISSES** the above-
4 captioned action with prejudice **as to defendant BLOCKBUSTER INC. dba**
5 **BLOCKBUSTER VIDEO # 6682 only.**
6 **IT IS SO ORDERED.**
7
8   Dated: July 2, 2007
9                                                                    Hon. Barry Ted Moskowitz
                                                                     United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28