1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| LARY FEEZOR, | Case No. 07cv0335 BTM (LSP) |
|       Plaintiff, | **ORDER RE: JOINT MOTION FOR** |
|       vs. | **DISMISSAL** |
| OTAY LAKES ROAD L.P., et al, | |
|       Defendants. | |

<u>ORDER ON JOINT MOTION FOR DISMISSAL</u>

Having read the Joint Motion for Dismissal, and good cause appearing therefore, the Court **GRANTS** the Joint Motion and **DISMISSES** the above-captioned action with prejudice **as to defendant CAPITAS GROUP, LLC only.**

**IT IS SO ORDERED.**

Dated: <u>July 20, 2007</u>

Hon. Barry Ted Moskowitz
United States District Judge